FILED

04/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0647



# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0647

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>LISA L. SWIFT,<br><br>   Petitioner/Appellee,<br>vs.<br><br>MATTHEW T. SWIFT,<br><br>   Respondent/Appellant. | **ORDER** |

UPON MOTION BY RESPONDENT/APPELLANT Mathew T. Swift, no objection from counsel, and good cause appearing,

IT IS HEREBY ORDERED that Matthew T. Swift's *Unopposed Motion for Extension of Time* is GRANTED. Respondent/Appellant has an extension to and including Monday, May 13, 2024, to file his Reply Brief.

No further extensions will be granted.

Dated _____.

_____
Chief Justice

_____

_____

_____
Justices

**ORDER GRANTING EXTENSION**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 19 2024